The People of the State of Illinois ex rel. John McIntyre, appellee, v. William E. Dever et al., appellants. Gen. No. 30,124.

Petition for mandamus to compel issuance of license. Writ granted. Appeal from the Superior Court of Cook county; the Hon. John L. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed. Opinion filed December 28, 1925.

Francis X. Busch, Corporation Counsel, and Bernard A. Conlon, Assistant Corporation Counsel, for appellants; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Daniel La Blang, appellee, v. William E. Dever et al., appellants. Gen. No. 30,133.

Petition for mandamus to compel issuance of license. Writ granted. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed. Opinion filed December 28, 1925.

Francis X. Busch, Corporation Counsel, for appellants; Albert H. Veeder, Joseph J. Thompson and Bernard A. Conlon, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

M. Schreiber, trading as Federal Lamp Works, appellee, v. The Fairplay Company, appellant. Gen. No. 30,183.

Action for breach of contract by failing to accept and pay for goods ordered, sold and delivered. Judgment on verdict for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 28, 1925. Rehearing denied January 12, 1926.

Mayer, Meyer, Austrian & Platt, for appellant. William R. Wiley, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

David Haas, appellee, v. John P. Cracraft and Rose Cracraft, trading as John P. Cracraft & Company, appellants. Gen. No. 30,281.

Action for balance of commission due under alleged contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed December 28, 1925.

Daniel A. Roberts, for appellants. Daniel M. Dever and Moses H. Kamerman, for appellee; Moses H. Kamerman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.